# Court of Appeals
# of the State of Georgia

ATLANTA,     May 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1705.  CLINTON JARED HAWKINS v. TRC STAFFING, INC.**

On March 2, 2015, Clinton Hawkins filed a pro se direct appeal from a February 20, 2015 superior court order affirming a decision of the State Board of Workers' Compensation. We lack jurisdiction over this appeal.

"[A]ppeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation" require an application for appeal. Compliance with the discretionary appeal procedure is jurisdictional. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears*, 221 Ga. App. 279 (471 SE2d 59) (1996). Hawkins's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     05/20/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.